1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   KORY DARTY,                              1:13-cv-01988 GSA (HC)

12                  Petitioner,
                                              ORDER TRANSFERRING CASE TO THE
13        v.                                  SACRAMENTO DIVISION OF THE
                                              EASTERN DISTRICT OF CALIFORNIA
14   J. SOTO,

15                  Respondent.

16

17
         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
18
     28 U.S.C. § 2254.
19
         The petitioner is challenging a conviction from Sacramento County Superior Court, which
20
     is part of the Sacramento Division of the United States District Court for the Eastern District of
21
     California. Therefore, the petition should have been filed in the Sacramento Division.
22
         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the
23
     proper court may, on the court's own motion, be transferred to the proper court. Therefore, this
24
     action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY
25
     ORDERED that:
26
         1.  This action is transferred to the United States District Court for the Eastern District of
27
     California sitting in Sacramento; and
28
                                             1

1          2.  All future filings shall reference the new Sacramento case number assigned and shall

2    be filed at:

3                          United States District Court
                            Eastern District of California
                            501 "I" Street, Suite 4-200
4                          Sacramento, CA 95814

5

6    IT IS SO ORDERED.

7        Dated:   **December 12, 2013**                    _____ **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2