1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   KORY DARTY,                                No.  2:13-CV-2572 AC P

11                    Petitioner,

12          v.                                  <u>ORDER</u>

13   J. SOTO, Warden,

14                    Respondent.

15

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. §§ 1914(a); 1915(a).  However, the certificate portion of the in

19   forma pauperis application has not been filled out and signed by an authorized prison official.

20   See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to either submit the

21   appropriate affidavit in support of a request to proceed in forma pauperis or submit the

22   appropriate filing fee ($5.00).

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26   failure to comply with this order will result in a recommendation that this action be dismissed;

27   and

28   /////

                                                   1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  DATED: February 10, 2014

4

5                       ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28